[Civil No. 565.]

W. M. BILLUPS, Appellant, v. C. H. GRAY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, for Appellant.

Fitch & Campbell, for Appellee.

February 26, 1897. Affirmed.

———

[Civil No. 553.]

JAMES E. WING, Appellant, v. A. S. CLOUGH, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. A. C. Baker, Judge.

Herndon & Norris, for Appellant.

Robert E. Morrison, and J. F. Wilson, for Appellee.

March 16, 1897. Modified by allowing the appellee herein the exclusive use of all the water in said judgment mentioned during the first five days of every week and the appellant herein the exclusive use of all of said water during the last two days of every week. Otherwise affirmed.

———

[Civil No. 571.]

MAGGIE LESTON, Appellant, v. HORACE E. MAN, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. John J. Hawkins, Judge.

Allen R. English, for Appellant.

Barnes & Martin, for Appellee.

March 17, 1897. Affirmed.